IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VICKI ANN HARDING *

v. * Civil No. JFM-08-3422

UNIVERSITY OF MARYLAND AT *
BALTIMORE *
*****

MEMORANDUM

Plaintiff has instituted this *pro se* action for employment discrimination against her former employer, the University of Maryland, Baltimore. Discovery has been completed, and defendant has filed a motion for summary judgment. After being advised of the consequences of a failure to do so, plaintiff has not responded to the motion.1

Plaintiff's claims clearly are without merit and will be summarily denied. For purposes of my ruling, I will assume that she has made a *prima facie* case both to support her claim that the termination of her employment was discriminatory and her claim that the termination of her employment was in retaliation for her having filed grievances with the Maryland Commission on Human Relations. It is clear, however, that defendant has articulated legitimate, non-discriminatory, and non-pretextual reasons for the termination of plaintiff's employment. The record establishes that her work performance was unsatisfactory and that she failed to follow her supervisor's instructions on various matters, including improvement of her job performance, attending meetings that she was required to attend, and dressing appropriately.

A separate order granting defendant's motion is being entered herewith.

---

1 Plaintiff did mail to chambers, before the motion for summary judgment was filed, a motion asking that this court reconsider its order denying a motion for temporary injunction she had filed. In the order accompanying this

Date: July 28, 2010

J. Frederick Motz
United States District Judge

Memorandum, I am directing that the Clerk file in the court file the motion for reconsideration. It is denied.